BILLY J. WILLLIAMS
United States Attorney
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, OR 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
E-mail: Coby.Howell@usdoj.gov

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
MICHELLE M. SPATZ, Trial Attorney (D.C. Bar No. 1044400)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: Michelle.Spatz@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>*Federal Defendants.* | Case No. 1:20-cv-00952-AA<br><br>**JOINT STATUS REPORT** |

Page 1 – Joint Status Report

Pursuant to the Court's September 14, 2020 Scheduling Order (ECF Doc. No. 12), Plaintiffs Klamath-Siskiyou Wildlands Center, Oregon Wild, and Cascadia Wildlands, and Federal Defendants, the United States Fish and Wildlife Service and the United States Bureau of Land Management jointly submit the following status report.

The parties have not yet reached an agreement that the administrative record filed by Federal Defendants on November 17, 2020 (*see* ECF No. 13) is complete, and propose extending all briefing deadlines to allow time to address outstanding issues.

Accordingly, the parties request that the Court vacate its September 14, 2020 Scheduling Order (ECF Doc. No. 12), and enter a new scheduling order with the following deadlines:

**A.  Administrative Record Related Motions.**

1. The parties shall file a status report by **February 23, 2021**, notifying the Court whether: (a) they need additional time to resolve issues related to the administrative record; (b) they have reached agreement that the record for judicial review is complete and intend to proceed as set forth below; or (c) Plaintiff intends to move the Court to resolve a dispute regarding the completeness of the Administrative Record, the applicability of any exceptions to record review, or the need for judicial review of extra-record materials.

2. Any motion related to the administrative record shall be filed by Plaintiffs by **March 2, 2021**. Briefing on any such motion shall proceed in accordance with Local Rules. If such a motion is filed, the parties agree that briefing on summary judgment, as contemplated below, should not proceed until disputes over the content of the record are resolved, either by the Court or the parties.

**B.      Motions for Summary Judgment.**

1. Plaintiffs shall file their Motion for Summary Judgment and supporting materials on or before **March 30, 2021**.

2. Federal Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and any Cross-Motion for Summary Judgment on or before **April 27, 2021**.

3. Plaintiff shall file its Reply in Support of their Motion for Summary Judgment and any Opposition to Federal Defendants' Cross-Motion for Summary Judgment on or before **May 18, 2021**.

4. Federal Defendants shall file, if necessary, a Reply in Support of their Cross-Motion for Summary Judgment on or before **June 8, 2021**.

Respectfully submitted this 22nd day of December 2020.

*PLAINTIFFS KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, AND CASCADIA WILDLANDS*

*/s/ Sangye Ince-Johannsen*
SANGYE INCE-JOHANNSEN
OSB #193827
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, Oregon 97401
Tel: (541) 778-6626
E-mail: sangyeij@westernlaw.org

SUSAN JANE M. BROWN
OSB #054607
Western Environmental Law Center
4107 NE Couch Street
Portland, Oregon 97232
Tel: (503) 914-1323
E-mail: brown@westernlaw.org

*Attorneys for Plaintiffs*

*DEFENDANTS UNITED STATES FISH AND WILDLIFE SERVICE, AND UNITED STATES BUREAU OF LAND MANAGEMENT*

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief
COBY HOWELL, Senior Trial Attorney

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ
Trial Attorney (D.C. Bar No. 1044400)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741
E-mail: michelle.spatz@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I electronically filed and served the foregoing Joint Proposed Scheduling Order on all counsel of record via the CM/ECF system.

>/s/ Michelle M. Spatz
>MICHELLE M. SPATZ, Trial Attorney
>D.C. Bar No. 1044400
>United States Department of Justice
>Environment & Natural Resources Division
>Wildlife and Marine Resources Section
>P.O. Box 7611, Ben Franklin Station
>Washington, D.C. 20044-7611
>Tel: (202) 598-9741; Fax: (202) 305-0275
>E-mail: michelle.spatz@usdoj.gov
>
>*Attorneys for Federal Defendants*