BILLY J. WILLLIAMS
United States Attorney
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, OR 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
E-mail: Coby.Howell@usdoj.gov

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
MICHELLE M. SPATZ, Trial Attorney (D.C. Bar No. 1044400)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: Michelle.Spatz@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**MEDFORD DIVISION**

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES BUREAU OF LAND MANAGEMENT, <br><br> *Federal Defendants.* | Case No. 1:20-cv-00952-AA <br><br> **JOINT STATUS REPORT** |

Page 1 – Joint Status Report

Pursuant to the Court's December 29, 2020 Scheduling Order (ECF No. 15), Plaintiffs Klamath-Siskiyou Wildlands Center, Oregon Wild, and Cascadia Wildlands, and Federal Defendants, the United States Fish and Wildlife Service and the United States Bureau of Land Management jointly submit the following status report.

The parties have reached an agreement that the record for judicial review is complete and intend to proceed as set forth in the Scheduling Order.

Dated: February 19, 2021

Respectfully submitted,

| | |
|---|---|
| PLAINTIFFS KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, AND CASCADIA WILDLANDS | DEFENDANTS UNITED STATES FISH AND WILDLIFE SERVICE, AND UNITED STATES BUREAU OF LAND MANAGEMENT |
| | JEAN E. WILLIAMS, Deputy Assistant Attorney General<br>SETH M. BARSKY, Section Chief<br>S. JAY GOVINDAN, Assistant Chief<br>COBY HOWELL, Senior Trial Attorney |
| /s/ Sangye Ince-Johannsen<br>SANGYE INCE-JOHANNSEN<br>OSB #193827<br>Western Environmental Law Center<br>120 Shelton McMurphey Blvd., Suite 340<br>Eugene, Oregon 97401<br>Tel: (541) 778-6626<br>E-mail: sangyeij@westernlaw.org | /s/ Michelle M. Spatz<br>MICHELLE M. SPATZ<br>Trial Attorney (D.C. Bar No. 1044400)<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, D.C. 20044-7611<br>Tel: (202) 598-9741<br>E-mail: michelle.spatz@usdoj.gov |
| SUSAN JANE M. BROWN<br>OSB #054607<br>Western Environmental Law Center<br>4107 NE Couch Street<br>Portland, Oregon 97232<br>Tel: (503) 914-1323<br>E-mail: brown@westernlaw.org | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2021, I electronically filed and served the foregoing Joint Proposed Scheduling Order on all counsel of record via the CM/ECF system.

>*/s/ Michelle M. Spatz*
>MICHELLE M. SPATZ, Trial Attorney
>D.C. Bar No. 1044400
>United States Department of Justice
>Environment & Natural Resources Division
>Wildlife and Marine Resources Section
>P.O. Box 7611, Ben Franklin Station
>Washington, D.C. 20044-7611
>Tel: (202) 598-9741; Fax: (202) 305-0275
>E-mail: michelle.spatz@usdoj.gov
>
>*Attorneys for Federal Defendants*