SANGYE INCE-JOHANNSEN (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340
Eugene, OR 97401
(541) 778-6626 | Phone
sangyeij@westernlaw.org

SUSAN JANE BROWN (OSB #054607)
Western Environmental Law Center
4107 NE Couch St.
Portland, OR 97232
(503) 914-1323 | Phone
brown@westernlaw.org

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS, <br><br> *Plaintiffs,* <br><br> vs. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES BUREAU OF LAND MANAGEMENT, <br> *Defendants.* | Civ. Case No. 1:20-cv-00952-AA <br><br> **NOTICE OF PROGRESS OF TIMBER SALE IMPLEMENTATION** |

PAGE 1 – NOTICE OF PROGRESS OF TIMBER SALE IMPLEMENTATION

1. Plaintiffs Klamath-Siskiyou Wildlands Center, Oregon Wild, and Cascadia Wildlands respectfully file this notice to apprise the Court of the status of implementation of the Medford District Bureau of Land Management ("BLM") Fiscal Year 2019 Batch of Projects, which has progressed since the parties filed their summary judgment briefs in March through June of 2021. Dkt. Nos. 17, 18, 20, 24.

2. The Fiscal Year 2019 Batch of Projects is comprised of the "Poor Windy" and "Evans Creek" forest management project Environmental Assessments (EAs). BLM issued Decision Records for multiple individual timber sales off of each EA. In their Complaint, Plaintiffs challenge the Biological Opinion prepared by the U.S. Fish and Wildlife Service ("FWS") addressing effects of these forest management projects on the northern spotted owl. The Complaint also challenges BLM and FWS's alleged failure to reinitiate formal consultation under the Endangered Species Act on the effects of the Fiscal Year 2019 Batch of Projects.

3. For the Poor Windy project, as of the date of this filing: the "Pink Panther" and "Oh Windy" timber sales are active; BLM has awarded the "Poor Quartz" timber sale, but contract approval and commencement of operations is pending while BLM awaits an answer from the purchaser regarding their payment bond; award of the "Blown Fortune" timber sale is pending; award of the "Flume Peak" timber sale is pending; the "Salmon Run" timber sale is set to be auctioned on September 15, 2022.

4. For the Evans Creek project, as of the date of this filing: the "Evans Gem" and "Slick Cedar" timber sales are active.

5. Plaintiffs conferred with counsel for Defendants on this notice and the information contained in it. Defendants take no position on Plaintiffs filing this notice with the Court.

PAGE 2 – NOTICE OF PROGRESS OF TIMBER SALE IMPLEMENTATION

6.      Respectfully submitted and dated this Thirteenth day of June, 2022.

<u>/s/ Sangye Ince-Johannsen</u>
Sangye Ince-Johannsen (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340
Eugene, Oregon 97401
Ph. (541) 778-6626
sangyeij@westernlaw.org

Susan Jane M. Brown (OSB #054607)
Western Environmental Law Center
4107 NE Couch St.
Portland, Oregon 97232
Ph. (503) 914-1323
brown@westernlaw.org

*Attorneys for Plaintiffs*