**FILED**

APR 4 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; BUREAU OF LAND MANAGEMENT, <br><br> Defendants-Appellants. | No.   22-36058 <br><br> D.C. No. 1:20-cv-00952-AA <br> District of Oregon, <br> Medford <br><br> ORDER |

Appellants' motion to dismiss this appeal (Docket Entry No. 8) is granted.

Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Robert S. Kaiser
Circuit Mediator