UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>*Federal Defendants*. | Case No. 1:20-cv-00952-AA |

**ORDER**

The Parties having reached a stipulated settlement agreement on attorneys' fees and costs in this case,

IT IS ORDERED that the Parties' Stipulated Settlement Agreement on Plaintiffs' Claim for Attorneys' Fees and Costs (ECF Doc. 41) is ADOPTED.

IT IS ORDERED that Plaintiffs' Motion for Attorneys' Fees and Costs (ECF Doc. Nos. 35–36) is DISMISSED and all deadlines are VACATED.

DATED this 19th day of July, 2023.

/s/Ann Aiken
Ann Aiken
United States District Judge