IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, and CASCADIA WILDLANDS,

    Plaintiffs,

v.

UNITED STATES FISH AND WILDLIFE SERVICE, and UNITED STATES BUREAU OF LAND MANAGEMENT,

    Defendants.

Civ. No. 1:20-cv-00952-AA

JUDGMENT

According to the terms of the parties' stipulated settlement agreement, this case is DISMISSED.

DATED: 7/19/2023

        Melissa Aubin, Clerk

    By    /s/ C. Kramer
            Deputy Clerk

1 –JUDGMENT